02-24-10JWL145703-1                                                    65100-1135LIT4766

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of | ) | |
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., | ) | |
| etc., et al., | ) | No. 09 C 7672 |
| Plaintiffs, | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| v. | ) | |
| | ) | Magistrate Judge |
| MEMBER MECHANICAL, INC., | ) | Jeffrey Cole |
| Defendant. | ) | |

### JOINT INITIAL STATUS REPORT

Plaintiffs, James T. Sullivan, not individually but as Trustee of Plumbers Pension Fund, Local 130, U.A., etc., *et al*. (collectively, "Funds"), by their attorneys, John W. Loseman, Douglas A. Lindsay, and Brian T. Bedinghaus, with LEWIS, OVERBECK & FURMAN, LLP of counsel, and Defendant, Member Mechanical, Inc., by its attorneys, Todd A. Miller and Kathleen M. Cahill, with ALLOCCO, MILLER & CAHILL, P.C., of counsel, submit the following Joint Initial Status Report pursuant to the Court's standing order:

A.  Attorneys of Record

For Plaintiffs:                              For Defendant:

John W. Loseman, Douglas A. Lindsay,        Todd A. Miller, Kathleen M. Cahill
Brian T. Bedinghaus                         ALLOCCO, MILLER & CAHILL, P.C.
LEWIS, OVERBECK & FURMAN, LLP               3409 N. Paulina Street
20 N. Clark Street                          Chicago, IL  60606
Suite 3200                                  773.868..4841
Chicago, IL  60602-5093
312.580.1258

Expected trial attorneys:
John W. Loseman                             Todd A. Miller
Douglas A. Lindsay                          Kathleen M. Cahill

B.  Basis of Federal Jurisdiction
ERISA, 29 U.S.C.§§1132 and 1145, and LMRA, 29 U.S.C. §185

C.  Nature of Claim
Plaintiffs are multiemployer employee benefit funds, other entities that are third party beneficiaries of the collective bargaining agreement ("CBA") between Chicago Journeymen Plumbers' Local Union 130, U.A. ("Union") and Defendant, as well as Union itself.

On May 26, 2009, the Joint Arbitration Board under the CBA issued a Decision and Award ("Award") requiring Defendant to pay $392,095.25 to Funds.  Award also provided for additional interest and required Defendant to pay fees, costs, and expenses, including attorneys' fees, that Funds incurred in enforcing the Award.  On December 10, 2009, Funds brought this action to enforce Award.

A copy of the Award is located at Exhibit B to Complaint.

Defendant has not yet answered Complaint.  Defendant's answer was due by February 19, 2010.  There are no expected counterclaims.

D.  Service
All parties have been served and have appeared.

E.  Principal Legal Issues
Enforcement of the labor arbitration Award issued by the Joint Arbitration Board pursuant to the CBA, and damages under the CBA, ERISA, and LMRA.

F.  Principal Factual Issues
Whether Defendant received the Award and failed to timely challenge it.

G.  Jury Trial
There is no jury demand.  None is expected.

H.  Discovery
Plaintiffs have served their Rule 26(a) disclosures.  As of the filing of this Report, Defendant has not yet served its disclosures or answered the Complaint.

By order dated January 26, 2010, the Court set discovery completion date of April 10, 2010.  Parties have not yet undertaken discovery.  Funds await Defendant's answer to complaint before issuing discovery.  Funds believe that 60 days after Defendant answers complaint would be sufficient for discovery.

Defendant seeks to delay commencement of discovery pending settlement efforts.

I.  Trial Scheduling
Parties likely would be ready for trial by June 1, 2010.  Estimated length of trial is one day.

2

J.  Consent to Magistrate Judge
The parties are unable to consent to proceed before the Magistrate Judge at this time.

K.  Settlement Discussions
Defendant has submitted a settlement proposal to Funds, which should be in position to respond to Defendant's proposal by March 15, 2010.  Should there be any further settlement considerations, Funds would respond by April 15, 2010.

L.  Settlement Conference
As the parties are currently engaged in settlement efforts, it appears that a settlement conference is not necessary this time.


James T. Sullivan, not individually but as a
Trustee of Plumbers' Pension Fund,
Local 130, U.A., *etc.*, *et al.*, by
their attorneys, John W. Loseman,
Douglas A. Lindsay, and
Brian T. Bedinghaus

Member Mechanical, Inc.,
by its attorneys,
Todd A. Miller and Kathleen M. Cahill


By:   /s/ John W. Loseman
        John W. Loseman
        LEWIS, OVERBECK & FURMAN, LLP
        20 N. Clark Street
        Suite 3200
        Chicago, IL  60602-5093
        312.580.1258

By:   /s/ Todd A. Miller
        Todd A. Miller
        ALLOCCO, MILLER & CAHILL, P.C.
        3409 N. Paulina Street
        Chicago, IL  60657
        773.868.4841

3

<u>CERTIFICATE OF SERVICE</u>

John W. Loseman, an attorney, certifies that a copy of the foregoing Joint Initial Status Report was served on the following:

Todd A. Miller, Esq.
Kathleen M. Cahill, Esq.
ALLOCCO, MILLER & CAHILL, P.C.
3409 N. Paulina Street
Chicago, IL 60657
773.868.4841
(tam@alloccomiller.com)
(kmc@alloccomiller.com)

via the electronic filing (ECF) system of the United States District Court for the Northern District of Illinois, as a result of electronic filing made this 24th day of February, 2010.

/s/ John W. Loseman

4